P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for TD Auto Finance LLC
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>JARED Y. WEBB,<br><br>    Debtor. | Bankruptcy No. 17-25059<br>(Chapter 7)<br><br>Hon. Joel T. Marker |

**TD AUTO FINANCE LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TD Auto Finance LLC ("TD Auto") pursuant to Rule 4001, Rules of Bankruptcy Procedure, moves this court for its order granting relief from the automatic stay as to certain property described herein, and represents as follows:

1. TD Auto is a creditor of the Debtor.

2. Debtor, Jared Y. Webb, is an individual residing in the State of Utah.

3. Debtor filed a petition in this Court under Chapter 7 of the Bankruptcy Code on June 9, 2017.

4. On or about June 20, 2012, Debtor executed and delivered to National Auto Plaza ("National Auto"), a Retail Installment Contract and Security Agreement (the "Contract"), a copy of which is attached hereto as Exhibit "A" and by this reference made a part hereof.

5. By signing the Contract, Debtor granted National Auto a purchase money security interest in the following motor vehicle:

> One 2010 Ford Mustang GT,
> Vehicle Identification No. 1ZVBP8CH2A5177221

(the "Vehicle").

6. National Auto assigned its interest in the Contract to TD Auto and TD Auto is the holder thereof.

7. TD Auto has a security interest in the Vehicle, which security interest has been perfected by the notation of such lien upon the certificate of title of the Vehicle, a copy of which is attached hereto as Exhibit "B", and by this reference made a part hereof.

8. Debtor is in default of the Contract by reason of failure to make payments when due. The amount of the delinquency under the Contract is $9,976.33.

9. TD Auto repossessed the Vehicle prior to the filing of Debtor's Chapter 7 petition and TD Auto is in possession of the Vehicle.

10. The Vehicle is a depreciating asset. TD Auto does not have and has not received adequate protection for its interest in the Vehicle.

11. As of June 23, 2017, the NADA retail value of the Vehicle was $14,000.00. The payoff was $18,153.79.

12. Debtor has no equity in the Vehicle.

13. The Vehicle is not necessary to an effective reorganization by Debtor.

14. Debtor does not seek and therefore has no reasonable prospect for reorganization.

15. If TD Auto is not permitted to immediately sell the Vehicle pursuant to its security interest, it will suffer irreparable injury, loss, and damage.

16. The automatic stay should be terminated, effective immediately upon entry of the order and not subject to the stay of order of Rule 4001 of the Federal Rules of Bankruptcy Procedure, because TD Auto is in possession of the Vehicle, and there is no just reason for delaying termination of the stay.

WHEREFORE, TD Auto moves that the stay pursuant to 11 U.S.C. § 362 be lifted to permit it to sell and otherwise realize upon its security interest in the Vehicle, and to give all notices and take such action as is necessary to perfect its rights to file or amend its claim to assert any deficiency remaining upon sale of the Vehicle, that such order be effective immediately upon entry, and that it be granted such other and further relief as the Court deems just.

DATED this 27th day of June, 2017

SNOW, CHRISTENSEN & MARTINEAU

/s/ P. Matthew Cox
P. Matthew Cox
Attorneys for TD Auto Finance LLC

## CERTIFICATE OF SERVICE

I, P. Matthew Cox, attorney for TD Auto Finance LLC, hereby certify that on the 27th day of June, 2017, I caused to be served a true and correct copy of the foregoing TD AUTO FINANCE LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, Bankruptcy No. 17-25059, which was filed electronically, and served upon the following parties in the manner indicated:

    Kenneth A. Rushton    (via ECF)
    Chapter 7 Trustee
    P. O. Box 212
    Lehi, UT 84043

    Theodore Floyd Stokes    (via ECF)
    2072 N. Main Street, Suite 102
    North Logan, UT 84341

    Jared Y. Webb    (via U.S. Mail)
    1884 East 2900 South
    Vernal, UT 84078

/s/ P. Matthew Cox

# EXHIBIT A

UT-102    2010

## Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| NATIONAL AUTO PLAZA<br>10790 SOUTH STATE STREET<br>SANDY UT 84070 | JARED WEBB<br>455 N 1150 W<br>VERNAL UT 84078 | No. | |
| | | Date | 06/20/2012 |

☐ Business, commercial or agricultural purpose Contract.

### Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 11.29 % | $ 12441.60 | $ 32093.28 | $ 44534.88 | $ 44534.88 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 618.54 | MONTHLY BEGINNING: 08/04/2012 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.
**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the greater of 5% of the unpaid amount of the payment due or $30.00.
**Prepayment.** If you pay off this Contract early, you will not have to pay a penalty.
**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

### Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2010 | FORD | MUSTANG | | 1ZVBP8CH2A5177221 | 13477 |

☐ New  ☒ Used  ☐ Demo    N/A    Other:

### Description of Trade-In
2006 FORD MUSTANG 1ZVFT82H265161199

### Itemization of Amount Financed

| | | |
|---|---|---|
| a. Cash Price of Vehicle, etc. (incl. sales tax of $ 758.41 ) | $ | 24217.32 |
| b. Trade-in allowance | $ | 15500.00 |
| c. Less: Amount owing, paid to (includes it): MOUNTAIN AMERICA | $ | 19288.56 |
| d. Net trade-in (b-c; if negative, enter $0 here and enter the amount on line k) | $ | 0.00 |
| e. Cash payment | $ | N/A |
| f. Manufacturer's rebate | $ | N/A |
| g. Deferred down payment | $ | N/A |
| h. Other down payment (describe) N/A | $ | N/A |
| i. Down Payment (d+e+f+g+h) | $ | 0.00 |
| j. Unpaid balance of Cash Price (a-i) | $ | 24217.32 |
| k. Financed trade-in balance (see line d) | $ | 3788.56 |
| l. Paid to public officials, including filing fees | $ | 304.45 |
| m. Insurance premiums paid to insurance company(ies) | $ | N/A |
| n. Service Contract, paid to: PORTFOLIO | $ | 2588.00 |
| o. GAP | $ | 795.00 |
| p. DOCUMENTARY FEE | $ | 399.85 |
| q. N/A | $ | N/A |
| r. N/A | $ | N/A |
| s. N/A | $ | N/A |
| t. N/A | $ | N/A |
| u. N/A | $ | N/A |
| v. Total Other Charges/Amts Paid (k thru u) | $ | 7875.86 |
| w. Prepaid Finance Charge | $ | N/A |
| x. Amount Financed (j+v-w) | $ | 32093.28 |

We may retain or receive a portion of any amounts paid to others.

### Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**
☐ Single ☐ Joint ☒ None
Premium $ N/A    Term N/A
Insured N/A

**Credit Disability**
☐ Single ☐ Joint ☒ None
Premium $ N/A    Term N/A
Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted shown. If "None" is checked, you have declined the coverage we offered.

N/A _____    N/A _____
By:                              DOB
N/A _____    N/A _____
By:                              DOB

**Property Insurance.** You must insure the Property. You may furnish the required insurance either through existing policies of insurance owned or controlled by you or by procuring the equivalent insurance coverage through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed
$ N/A _____ If you get insurance from or through us you will pay
$ N/A for N/A _____ of coverage.
This premium is calculated as follows:
☐ $ N/A Deductible, Collision Cov. $ N/A
☐ $ N/A Deductible, Comprehensive $ N/A
☐ Fire-Theft and Combined Additional Cov. $ N/A
☐ N/A    N/A
Liability insurance coverage for bodily injury and motor vehicle damage caused to others is not included in this Contract unless checked and indicated.

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may furnish the required insurance either through existing policies of insurance owned or controlled by you or by procuring the equivalent insurance coverage through any insurance company reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage.

### Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 32093.28 plus finance charges accruing on the unpaid balance at the rate of 11.29 % per year from the date of this Contract until maturity. Finance charges accrue on a 365 day basis. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at 11.29 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-in-Lending Disclosure. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.
☐ Additional Charge. You agree to pay an additional charge of $ N/A that will be ☐ paid in cash. ☐ financed over the term of the Contract.

### Additional Protections
You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.
Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ Service Contract
Term 60 MONTHS/100000 MILES
Price $ 2588.00
Coverage _____

☒ Gap Waiver or Gap Coverage
Term 72 MONTHS
Price $ 795.00
Coverage _____

☐ N/A
Term N/A
Price $ N/A
Coverage N/A

By: [signature] 06/20/2012    Date
N/A _____ N/A _____
By:                              Date
N/A _____ N/A _____
By:                              Date

### Signature Notices
The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.

### Signatures
**Entire Agreement.** You and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

By: [signature] JARED WEBB    06/20/2012    Date
N/A _____ N/A _____
By:                              Date
N/A _____ N/A _____
By:                              Date

**Notice to Buyer.** (1) Do not sign this Contract before you read it or if it contains any blank spaces. (2) You are entitled to a completely filled-in copy of this Contract.
By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

Buyer
By: [signature] JARED WEBB    06/20/2012    Date
N/A _____ N/A _____
By:                              Date
N/A _____ N/A _____
By:                              Date

Seller
By: [signature]    06/20/2012    Date

[This area intentionally left blank.]

**Assignment.** This Contract and Security Agreement is assigned to TD AUTO FINANCE LLC PO BOX 997551, SACRAMENTO CA 95899, the Assignee, phone _____. This assignment is made ☐ under the terms of a separate agreement made between the Seller and Assignee, ☒ under the terms of the Assignment by Seller section on page 2, ☐ This Assignment is made with recourse.

Seller
NATIONAL AUTO PLAZA
By: [signature]    06/20/2012    Date

Retail Installment Contract-UT Not for use in transactions secured by a dwelling.
Bankers Systems™ — New Car Dealers of Utah
Wolters Kluwer Financial Services © 1995, 2010

RISMXNLFAIT 10/21/2010
Page 1 of 2

except as otherwise noted in the description of Property above.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The "Total Sale Price" is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-in-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**CLASS ACTION WAIVER: YOU AGREE THAT YOU WAIVE YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO THIS CONTRACT.**

**Prepayment.** You may prepay this Contract in full or in part at any time without penalty. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Balloon Payment.** If any scheduled payment is more than twice as large as the average of all other regularly scheduled payments, you may refinance that payment when due on terms no less favorable than what we then offer to the general public if we are offering this type of credit and you are creditworthy.

**Returned Payment Charge.** If you make any payment by check required by this Contract that is dishonored (and not honored if we represent it) then you agree to pay us a service charge of $20.00; additional fees may be imposed as provided by law.

If you have scheduled any other form of payment (electronic transfer, for example) and that payment is dishonored, you agree to pay us a service charge of $20.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Utah and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** From time to time you agree we may monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):
- You fail to perform any obligation that you have undertaken in this Contract.
- We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay our reasonable attorneys' fees after default (including an attorney who is a salaried employee of ours or our assignee).

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:
- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:
- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

### Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:
- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

---

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Si compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de este contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

### Third Party Agreement

In this section only, "you" means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

By _____ Date _____

### Assignment by Seller

Seller sells and assigns this Retail Installment Contract and Security Agreement, (Contract), to the Assignee, its successors and assigns, including all its rights, title and interest in this Contract, and any guarantee executed in connection with this Contract. Seller gives Assignee full power, either in its own name or in Seller's name, to take all legal or other actions which Seller could have taken under this Contract.

(Separate Agreement. If this Assignment is made "under the terms of a separate agreement" as indicated on page 1, the terms of this assignment are described in a separate writing(s) and not as provided below.)

Seller warrants:
- This Contract represents a sale by Seller to Buyer on a time price basis and not on a cash basis.
- The statements contained in this Contract are true and correct.
- The down payment was made by the Buyer in the manner stated on page 1 of this Contract and, except for the application of any manufacturer's rebate, no part of the down payment was loaned or paid to the Buyer by Seller or Seller's representatives.
- This sale was completed in accordance with all applicable federal and state laws and regulations.
- This Contract is valid and enforceable in accordance with its terms.
- The names and signatures on this Contract are not forged, fictitious or assumed, and are true and correct.
- This Contract is vested in the Seller free of all liens, is not subject to any claims or defenses of the Buyer, and may be sold or assigned by the Seller.
- A completely filled-in copy of this Contract was delivered to the Buyer at the time of execution.
- The Vehicle has been delivered to the Buyer in good condition and has been accepted by Buyer.
- Seller has or will perfect a security interest in the Property in favor of the Assignee.

If any of these warranties is breached or untrue, Seller will, upon Assignee's demand, purchase this Contract from Assignee. The purchase shall be in cash in the amount of the unpaid balance (including finance charges) plus the costs and expenses of Assignee, including attorneys' fees.

Seller will indemnify Assignee for any loss sustained by it because of judicial set-off or as the result of a recovery made against Assignee as a result of a claim or defense Buyer has against Seller.

Seller waives notice of the acceptance of this Assignment, notice of nonpayment or nonperformance and notice of any other remedies available to Assignee.

Assignee may, without notice to Seller, and without affecting the liability of Seller under this Assignment, compromise or release any rights against, and grant extensions of time for payment to be made, to Buyer and any other person obligated under this Contract.

Unless otherwise indicated on page 1, this Assignment is without recourse.

With recourse. If this Assignment is made "with recourse" as indicated on page 1, Assignee takes this Assignment with certain rights of recourse against Seller. Seller agrees that if the Buyer defaults on any obligation of payment or performance under this Contract, Seller will, upon demand, repurchase this Contract for the amount of the unpaid balance, including finance charges, due at that time.

# EXHIBIT B

Case 17-25059 Doc 8 Filed 06/27/17 Entered 06/27/17 13:42:54 Desc Main
Document Page 8 of 9

# UTAH CERTIFICATE OF TITLE

## ORIGINAL TITLE



**Title Number** UT12061167

Vehicle Type PASSENGER  Year 2010  Make FORD  Model MUSTANG GT  Bdy Sty COUPE
VIN/HIN 1ZVBP8CH2A5177221   2nd VIN
Cylinders 8  Fuel GASOLINE  Odometer 13,477  Date Issued 07/31/2012

TD AUTO FINANCE LLC
PO BOX 997551
SACRAMENTO CA 95899-7551

**Owner Information**
JARED WEBB
455 N 1150 W
VERNAL UT 84078-3309

**Lienholder Information**

TD AUTO FINANCE LLC
PO BOX 997551
SACRAMENTO CA 95899-7551

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

**Request For Lien Change**
Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens  ☐ Issue a title showing the following as the NEW LIEN HOLDER

| LIEN RELEASE - Signature of Lien Holder (releasing interest) <br> X | Vehicle owner's signature requesting lien change |
|---|---|
| Title of signer | New lien holder's name |
| Date | Address |
| | City    State    ZIP Code |

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

  TC-127 Rev. 01/09 CDR



B 6336062

ANY ALTERATION OR ERASURE VOIDS THIS TITLE